Fourth Court of Appeals
San Anto., Texas

17 November 2015

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS
2015 NOV 19 PM 12: 54
Keith E. Hottle
KEITH E. HOTTLE, CLERK

RE: No. 04-14-00555 CR
Robert Martinez v. STATE
From Count Court at Law No 5
Trial Court No 307125

Robert Martinez, Pro Se
TDCJ ID No 1931397
Lopez State Jail
1203 EL Cibolo Rd.
Edinburg Tx 78542

MAY IT PLEASE THE COURT:

I Am A Pro Se litigant seeking to be heard. On Dec. 19, 2013, I filed a proper Habeas Corpus. It is Now over (23) months And the issues/grounds have yet to be heard. The Great Writ is a Writ that shall Never be suspended. The Gov't shall have in place a speedy And ~~effecuti~~ effectual procedure to hear the merits

On Feb 4, 2014 the Honorable Presiding Judge Jason Pollman, told me at a hearing that my writ would be forwarded to the Honorable Maria Teressa Herr, Court room 186th. I believe he failed

On               the Honorable Presiding Judge Jason Pollman, told me that the reason for the hearing was to appoint me counsel. When in fact counsel had already been appointed approximately (1) one month prior.

Page 1 of 2

Mr. P. Montogemery is my appointed counsel. And he has yet to advocate and hear the full extent of my grounds. I requested "CAAP" Client Attorney Assistance program via State Bar of Texas to assist in making meaningful contact. Mr Montogemery, esq, has failed. I wrote Mr. J. Pulliman, presiding judge an apology letter for speaking out of turn. And will attest I am a pro se litigant.

I wish to be heard and kept aware of all important desicion in my case. The Tx Dept. of Criminal Justice, mailroom tracks all incoming and outgoing legal mail. Mr. Montogemery letter attest he mailed correspondence that never arrived in my hands I am a Pro Se litigant, encountering Serious Access to Court Violations. This instant case is a void and viodable case. I received ineffective assistanc of counsel. I seek to be heard.

Requesting the status of my case. Requesting that I be provided with the Finding of Fact and Conclusion of law. Requesting transcribed hearing. Thank you.



In Hoc

Robert Martinez
TDCJ ID No. 1931377
Lopez State Jail
1203 EL Cibolo Rd
Edinburg, Tx. 78542

Legal Mail
17 Nov 2015

MCALLEN TX 785
17 NOV 2015 PM 1 L

Fourth Court of Appeals
Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037